IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY PENNINGTON, ET AL. | : |
| | : |
| v. | : |
| | : CIVIL ACTION |
| WELLS FARGO BANK, N.A. | : |
| *SUCCESSOR TO WELLS FARGO HOME* | : NO. 11cv2896 |
| *MORTGAGE*, ET AL. | : |

ORDER

**AND NOW**, this 15th day of January, 2013, upon careful consideration of defendant's motion for reconsideration (Doc. No. 49), plaintiffs' motion for reconsideration (Doc. No. 50), both parties' opposition thereto, plaintiffs' motion to dismiss the defendant for lack of standing (Doc. No. 53), and plaintiffs' motion for leave to amend their complaint (Doc. No. 54), **IT IS HEREBY ORDERED** that:

1. Both plaintiffs' and defendant's motions for reconsideration are **DENIED**.

2. Plaintiffs' motion to dismiss the defendant for lack of standing is **DISMISSED WITH PREJUDICE.**

3. Plaintiffs' Exhibit #1 erroneously labeled as a motion for leave to amend their complaint is **DENIED WITH PREJUDICE**.

4. Within ten days of the date hereof, the parties shall submit their proposals as to a deadline for discovery and summary judgment and a date for trial as to the action to quiet title.

5. The stay of discovery issued by order dated December 4, 2012 is lifted as to the action to quiet title claim.

s/William H. Yohn Jr.
William H. Yohn Jr., Judge